UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br>              Plaintiffs,<br><br>v.<br><br>MAPLEWOOD CONSTRUCTION, INC.,<br>              Defendant,<br><br>v.<br><br>KITSAP BANK,<br>              Garnishee-Defendant. | NO. MS17-116RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE ANSWER |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Operating Engineers Trust Funds |
| Judgment Debtor: | Maplewood Construction, Inc. |
| Garnishee-Defendant | Kitsap Bank |
| Garnishment Judgment Amount: | $14,870.85 |
| Estimated Garnishment Costs: | $149.50 |
| Attorneys Fees: | $250.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Twelve percent (12%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE ANSWER – Page 1 of 4

THIS MATTER coming on for consideration upon Plaintiffs' application of Judgment Creditor, for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Maplewood Construction, Inc., in the sum of $14,870.85; that judgment Creditor has judgment unsatisfied against the Judgment Debtor in the total amount of $14,471.35; that Judgment Creditor's attorneys' fees in the amount of $250.00 and costs in the amount of $149.50 in this garnishment action are stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee-Defendant in the sum of $14,870.85; such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by Garnishee-Defendant of the aforementioned sum to the registry of this Court, said Garnishee-Defendant shall be discharged from this action. Upon receipt of said sum, the

Clerk of the court shall enter full satisfaction of the judgment against Garnishee-Defendant.

3. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Judgment Debtor for attorneys' fees and costs in this garnishment action in the sum of $399.50; said sum shall be added to Judgment Creditor's prior judgment against Judgment Debtor.

4. Upon receipt of the aforementioned payment from the above Garnishee-Defendant, the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $14,870.85, plus all accrued interest, minus any statutory user fees, payable to *Operating Engineers Trust Funds*, c/o Reid, McCarthy, Ballew & Leahy, L.L.P., 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119, and mail or deliver the check to Reid, McCarthy, Ballew & Leahy, L.L.P., ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle WA 98119.

5. Upon receipt of said sum, Plaintiffs' attorney shall cause an appropriate satisfaction of judgment to be filed as to the principal Defendant.

Dated this 21st day of November, 2017.

_____
Robert S. Lasnik
United States District Judge